Case 1:23-mc-00016-PB   Document 1   Filed 02/21/23   Page 1 of 1



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

_____   Case No. _____
(Petitioner's name)                (If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, **Gia Adorno**
(name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target          ☐ criminal defendant
☐ grand jury witness         ☐ trial witness

☒ other: **Sentencing hearing witness**

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **02/21/23**        **Gia Adorno**
                          Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☐   Request Approved. Appoint counsel.

☐   Request Denied.

Date: _____    _____
                                  U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)