UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# FINANCIAL DECLARATION

CASE # AND NAME: _US v. Daniel Alorno_

NAME: _Gia Alorno_  PHONE #: _978-457-3830_

ADDRESS: _19 Oregn Ave._  MARRIED: YES [✓]  NO [ ]
_Lawrence, MA 01841_  (Separated)
NUMBER OF DEPENDENTS: _1 + pregnant_

WARNING: The information you provide in order to obtain court-appointed representation is subject to the following limitations:
(1) The attorney/client privilege may not apply;
(2) The information is subject to being filed with the Court for future examination by the United States Attorney;
(3) A false or dishonest answer could be punished as a crime; and
(4) The form must be signed under penalty of perjury.

## ASSETS

**I. INCOME**
EMPLOYER'S NAME: _F.H. Cann_
MONTHLY WAGES: Gross _$19/hr_  Net _40 hrs/week_  _Just about to start training_
WELFARE: _$645 until_  SOCIAL SECURITY (Amount Rec'd): _0_
PENSION: _I start_  OTHER: _Waiting_
SPOUSE'S EMPLOYER: _____
MONTHLY WAGES: Gross _____  Net _____
WELFARE: _____  SOCIAL SECURITY (Amount Rec'd): _____
PENSION: _____  OTHER: _____

**II. PROPERTY**

| REAL ESTATE | VALUE | MORTGAGE | NET |
|---|---|---|---|
| 1. HOME | N/A | | |
| 2. OTHER | | | |
| 3. OTHER | | | |

| VEHICLES | VALUE | OWED | NET |
|---|---|---|---|
| 1. _2017 Honda Civic_ | _$11,180.00_ | _$9000_ | |
| 2. | | | |
| 3. | | | |

**III. OTHER ASSETS**
1. CASH ON HAND _0_    6. JEWELRY _0_
2. CHECKING ACCOUNT _0_    7. STOCKS _0_
3. SAVINGS ACCOUNT _0_    8. BONDS _0_
4. CREDIT UNION _0_    9. OTHER _0_
5. ACCOUNTS RECEIVABLE _0_

(COMPLETE REVERSE SIDE)

USDCNH-15 (Rev 11-04) (Previous editions obsolete)

## LIABILITIES

I. **REAL ESTATE**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. | | |
| 2. N/A | | |
| 3. | | |

II. **MOTOR VEHICLES**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. Santa Domingo Motor | 9000 | $300 |
| 2. | | |
| 3. | | |

III. **GENERAL DEBTS**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. Vehicle loan | $13000 | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

IV. **HOUSEHOLD EXPENSES**

1. TELEPHONE       $100
2. UTILITIES       $600
3. CHILD SUPPORT   —
4. ALIMONY         —
5. CLOTHES         $40
6. TRANSPORTATION  $300
7. INSURANCE       $700
8. GROCERIES       Food stamp
9. MEDICAL/DENTAL  —
10. SCHOOL         —
11. CHURCH         —
12. TAXES          —
13. RENT           $1500
14. OTHER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

02/21/23
DATE

Gia Adome
SIGNATURE

---

REQUEST APPROVED: ( )    REQUEST DISAPPROVED: ( )

Date: _____

United States Magistrate Judge
United States District Judge

USDCNH-15 (Rev 11-04) (Previous editions obsolete)